Donald R. Cassling

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WEGING, NEAL S. | § | Case No. 10-33581 DRC |
| WEGING, DIANE F. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          KENNETH S. GARDNER
          219 S. Dearborn Street
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/19/2014 in Courtroom 240,

          Kane County Courthouse
          100 S. Third Street
          Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/14/2014          By: JEFFREY P. ALLSTEADT
                                                             Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*

*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
 §
WEGING, NEAL S. § Case No. 10-33581 DRC
WEGING, DIANE F. §
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,501.52 |
| and approved disbursements of | $ | 347.75 |
| leaving a balance on hand of[1] | $ | 7,153.77 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 1,500.15 | $ 0.00 | $ 1,500.15 |
| Other: International Sureties Ltd. | $ 25.83 | $ 25.83 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses   $   1,500.15

Remaining Balance   $   5,653.62

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 85,039.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 1,618.47 | $ 0.00 | $ 107.60 |
| 000002 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 20,751.45 | $ 0.00 | $ 1,379.60 |
| 000003 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 14,849.00 | $ 0.00 | $ 987.19 |
| 000004 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 11,256.01 | $ 0.00 | $ 748.32 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 7,663.58 | $ 0.00 | $ 509.49 |
| 000006 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 17,379.97 | $ 0.00 | $ 1,155.46 |
| 000007 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 9,947.52 | $ 0.00 | $ 661.33 |
| 000008 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | $ 1,573.74 | $ 0.00 | $ 104.63 |

| | | |
|---|---|---|
| | Total to be paid to timely general unsecured creditors | $ 5,653.62 |
| | Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

UST Form 101-7-NFR (10/1/2010) *(Page: 5)*

NONE

Prepared By: /s/GINA B. KROL
Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 10-33581-DRC
Neal S. Weging                                                  Chapter 7
Diane F. Weging
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams          Page 1 of 1          Date Rcvd: Aug 28, 2014
                              Form ID: pdf006         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2014.
db/jdb         +Neal S. Weging,    Diane F. Weging,    3945 Nautilus Lane,    Hanover Park, IL 60133-6160
15913924       +Better Health Care Options,    1201 S Main Street,    Algonquin, IL 60102-2741
15913925        Bk Of Amer,    4060 Ogletown/Stan,    Newark, DE 19713
15913933       +CNS Home Health & Hospice,    690 E North Ave., Ste. 100,    Carol Stream, IL 60188-2172
15913926       +Caring Choice Private Duty,    690 East Noth Ave,    Carol Stream, IL 60188-2172
15913927       +Central DuPage Emergency Phys,    PO Box 5940,    Dept 20-1098,    Carol Stream, IL 60197-5940
15913928       +Central DuPage Hospital,    25 N Winfield Road,    Winfield, IL 60190-1295
15913929        Chase,   Bank One Card Serv,    Westerville, OH 43081
15913930       +Chase,   800 Brooksedge Blv,    Westerville, OH 43081-2822
16450735        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15913931       +Chase Mtg,    10790 Rancho Berna,    San Diego, CA 92127-5705
15913932       +Citi,   Pob 6241,    Sioux Falls, SD 57117-6241
15913934       +County of DuPage,    c/o Joseph E Birkett, SAO,    503 N County Farm Road,    Wheaton, IL 60187-3942
15913935       +DuPage Medical Group,    1860 Paysphere Circle,    Chicago, IL 60674-0018
15913936       +Health Lab,    Dept 4698,   Carol Stream, IL 60122-0001
15913937       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
15913938       +Premier Surgery Assistants,    568 South Washington Street,    Naperville, IL 60540-6843
15913939       +West Central Anesthesiology Group,    PO Box 1123,    Jackson, MI 49204-1123
15913940       +Winfield Radiology Consultants SC,    6910 S Madison Street,    Willowbrook, IL 60527-5504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16457761       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2014 00:25:20
                Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                Oklahoma City, OK   73124-8809
                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15913923     ##+1st Care Ambulance,    1941 Selmarten Road,    Aurora, IL 60505-1337
                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2014                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2014 at the address(es) listed below:
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com;jneiman@cohenandkrol.com
              Gina B Krol    on behalf of Trustee Gina B Krol kingkrol@aol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com;jneiman@cohenandkrol.com
              John J Lynch    on behalf of Joint Debtor Diane F. Weging jlynch@lynch4law.com,
               rlynch@jjlynchlaw.com;breilly@lynch4law.com;staff@lynch4law.com
              John J Lynch    on behalf of Debtor Neal S. Weging jlynch@lynch4law.com,
               rlynch@jjlynchlaw.com;breilly@lynch4law.com;staff@lynch4law.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                               TOTAL: 5